8:26-cv-391

United States District Court of Nebraska

Davontae Bell
vs
State of Nebraska and Omaha Police Department

Motion

Pursuing claims for

- False imprisonment
- Defamation of character
- Cruel and unusual punishment
- Malicious prosecution
- Excessively high bail
- Discrimination (for skin color and gender)
- Failure investigator to actually investigate
- Loss of income/employment
- Pain and suffering/mental distress
- Separation from my child
- Not honor speedy preliminary law U.S.C 18 S.C section C

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
AUG 3 2026
OFFICE OF THE CLERK

RECEIVED
AUG - 3 2026
CLERK
U.S. DISTRICT COURT

May 14th, 2026, I, Davontae Bell was arrested at my job for a warrant that I didn't even know existed. I found later that the warrant was filed because my daughter's mother was upset that I was filling for full custody of my daughter once I saved up enough for a lawyer. I found out she called the police minutes after I refused to let her keep my daughter during my legally binded parenting time, I believe the court said May 7th, she lied, and said I grabbed her arm and hit her may 5th, giving her a blackeye, and filed, and report later saying that was going to kill her. our conversations are in the text messages, The court knows she called the police minutes after I told her through text, she can't keep my daughter for mother's day weekend. Another issue is she said I gave her a black eye on the 5th of may, no texts indicate I hit her, and she had the black eye froms weeks ago, I know because she told me over the phone and when I saw her on the 5th it was almost healed, any reasonable investigator would have obviously been able to see black eye was old. I have had no sexual or romantic relationship with Yakarianna since November of last year, we see each for pick ups and dropoffs of my daughter.

Yakarianna (my accuser/daughter's mom) was harassing my sister, and mother, and threatening to kill them since I've been currently incarcerated. They fortunately filed protection orders on her. Yakarianna has since made post about me, and my family on Facebook lying, and saying we kidnapped our daughter, police refused to speak to me about the matter, or pursue charges against Yakarianna for leaving my daughter on the porch and driving off, I have security footage from when she left her, and after she pulled off. The prosecution refused to acknowledge Yakarianna's text where she admitted to me she intended to get me arrested a little over a week before I even saw her may 5th, she was upset when she found out I had the security footage, when she left my daughter on the porch April 20th, 2026 and got even more mad when she found out I intended to press charges. Had the investigator did her job I would have never been incarcerated, had the judge at the preliminary hearing did his job, the Terroristic Threat charge would have been dismissed, Had the prosecutor did her job the case would have immediately been dismissed after being bonded over to district court. The bond hearing judge I had at in house court followed the states and federal law, my bond would not be excessively high.

The Investigator did not ever investigate me, check Yakarianna's phone to confirm what number the threat came from, did not ask to, or attempt to check my phone, which I would have happily provided to confirm I never delete any messages, nor did eve send a death threat message to Yakarianna, or anybody else. The Investigator is discriminating against me, along with the judge that originally set my bond, because I am a black male, and all accusations against me should be automatically presumed to be true. My lawyer has presented overwhelming evidence I did not send the death threat, which Yakarianna is claiming came from my phone number. It takes less than a minute to check Yakarianna's phone and see it didn't come from my phone number, or me. The prosecutor is purposely setting courts dates knowing a conviction is impossible, and trying to have me in jail waiting for an excessive amount of time, out of pure spite, and want to keep the jail crowded. Yakarianna confirmed I didn't give her black eye to my sister, since I've been in jail, she sent my sister a message saying "You don't know your brother", and a picture of her with two black eyes. I have messages from Yakarianna of her lying, I believe she has a mental disorder for telling excessive lies.

The investigator on the case, judge that bonded over, and current prosecutor all need to be held accountable for me losing my job, arresting me when there is overwhelming proof/evidence of my innocence. If it weren't my excessively high bond, which has only recently been lowered, but is still too high, I would have bonded out, and they would have thrown the case out, They're only pretending to believe there is a case so that the jail can make money off of me.

I am sending this claim by mail, from jail July 30th, 2020 from Douglas County jail 710 South 17th street Omaha, Nebraska, 68102

Printed name Devantae Bell

signature DBell

Davontae Bell
Printed Name

(3128474) (F room 6)
Data # Module #

Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

OMAHA NE 680
31 JUL 2026 PM 1 L

USA ★ FOREVER

RECEIVED
AUG - 3 2026

District court
111 south 18th Plaza #1152
Omaha, NE, 68102

68102-132277